# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00905-KLM

Vicki Mize,

      Plaintiff,

v.

Clear Stone Subway, LLC DBA Subway #21675,

      Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff, Vicki Mize, an individual on her own behalf, hereby voluntarily dismisses this action with prejudice.

Respectfully submitted this 15th day of June 2017.

s/  Lori J. Coulter
**Lori J. Coulter**
The Law Office of Lori J. Coulter, LLC
1271 Riverview Drive
Loveland, CO 80537
720-961-2804
Email: lori@adaequality.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants::

William Dennis Nelson
LEWIS ROCA ROTHGERBER CHRISTIE, LLP
90 S. Cascade Ave. Ste 1100
Colorado Springs, CO 80903
719-386-3057
Wnelson@lrrc.com
*Attorney for Defendant*